LAURA A. SKINNER, Respondent, *v.* CORNELIUS C. HAMILTON,
Appellant.

Appeal from an order vacating a judgment entered at Trial Term and restoring the case to the calendar.

SCOTT, J.: The order appealed from was clearly unauthorized. If the trial judge erred in directing a verdict for defendant instead of dismissing the complaint (a question which we do not decide and cannot decide upon the record before us) the defendant's remedy was by appeal and not by a motion before another justice, sitting in Special Term, to vacate the judgment and order a new trial. The granting of such a motion was error. The order appealed from should be reversed, with ten dollars costs and disbursements, and the motion denied, with ten dollars costs. Clarke, P. J., McLaughlin, Dowling and Smith, JJ., concurred. Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs.

———

MALOVINIA ELIZABETH WELSH, Respondent, v. HENRY BRADSHAW WELSH, Appellant.— Order reversed and motion denied. No opinion. Present —Clarke, P. J., McLaughlin, Scott, Dowling and Smith, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HENRY B. HALL, Appellant, v. LAWSON PURDY and Others, Constituting the BOARD OF TAXES AND ASSESSMENTS OF THE CITY OF NEW YORK and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present— Clarke, P. J., McLaughlin, Scott, Dowling and Smith, JJ.

NEW YORK LIFE INSURANCE COMPANY, Respondent, v. REED REALTY COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present— Clarke, P. J., McLaughlin, Scott, Dowling and Smith, JJ.

LOUIS ORLIK and Another, Respondents, v. NATIONAL CARBON COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present— Clarke, P. J., McLaughlin, Scott, Dowlling and Smith, JJ.

ELLEN S. BONNETTE, as Executrix, etc., Respondent, v. JOSEPH A. MOLLOY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present— Clarke, P. J., McLaughlin, Scott, Dowling and Smith, JJ.

In the Matter of the Application of ABRAHAM PULIS and Another for an Order Authorizing the Sale of Certain Real Property in the City and County of New York, Known as No. 428 West Thirty-third Street, Devised to Them for Life, etc. MARTHA POWLES MERRION and Another, Appellants; ERVA E. DAVIS and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Smith, JJ.